**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ZOHO CORPORATION PVT. LTD.,<br>ZOHO CORPORATION, and<br>ZOHO TECHNOLOGIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ARLINGTON TECHNOLOGIES, LLC<br><br>Defendant. | Case No. 1:26-cv-3094-XR<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule of Civ. P. 7.1, Plaintiffs Zoho Corporation Pvt. Ltd. ("ZCPL"), Zoho Corporation ("Zoho Corp."), and Zoho Technologies Corporation ("Zoho Technologies") (collectively, "Zoho" or "Plaintiffs") state as follows:

ZCPL states that it has no parent corporation and no publicly traded corporation owns 10% or more of ZCPL's stock.

Zoho Corp. states that it is a privately held company owned by parent company Zoho Holdings LLC. No publicly traded corporation beneficially owns 10% or more of Zoho Corp.'s stock.

Zoho Technologies states that it is a wholly-owned subsidiary of ZCPL.

Respectfully submitted,

Dated: November 17, 2026

*/s/ Valerie K. Barker*

Ryan J. Marton (*pro hac vice* pending)
Carolyn Chang (*pro hac vice* pending)
Phillip J. Haack (CA 262060, admitted W.D. Tex.)
Joseph Gray (Texas Bar No. 24045970)
Tecuan Flores (Texas Bar No. 24084569)
Valerie K. Barker (Texas Bar No. 24087141)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
carolyn@martonribera.com
phaack@martonribera.com
joey@martonribera.com
tecuan@martonribera.com
valerie@martonribera.com

*Counsel for Plaintiffs ZOHO CORPORATION PVT. LTD., ZOHO CORPORATION, and ZOHO TECHNOLOGIES CORPORATION*